# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | ) | |
| U.S. Department of Labor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00854 |
| | ) | |
| TERRY RHOADES and WESLEY WALKER, | ) ) | |
| Defendants. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment.

**IT IS ORDERED** that the court awards judgment against Wesley Walker in the amount of $18,710.99, plus postjudgment interest at the rate of 6.00% simple A.P.R., in accordance with 28 U.S.C. § 1961. Each party shall bear its own costs of litigation, including attorney's fees.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: April 13, 2006